# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 MAY 30 PM 1:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

BALTAZAR PALOMARES-MARTINEZ,

               Defendant.

CASE NO. 07CR0828-BTM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __21 USC 841(a)(1)__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 29, 2007

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____